# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−3 | User: admin | Date Created: 6/10/2026 |
| Case: 25−31324−pes | Form ID: pdf004 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Luanna Garcia Martz | 307 Colfax Ave | LaPorte, IN 46350 |

TOTAL: 1