UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| *IN RE:*<br>LUANNA GARCIA-MARTZ,<br>*Debtor*. | Case No.: 25-31324-pes<br>Chapter 13 |

**Order Dissolving Order to Show Cause and Vacating Hearing**

The Chapter 13 Trustee responded to the Court's Order to Show Cause. [Doc 48.] The Trustee took full responsibility for the issues the Court raised, provided honest explanations, and stated the mistakes will not happen again. The Court finds that neither sanctions nor the show cause hearing is necessary.

Therefore, the Order to Show Cause, Doc 44, is dissolved and the hearing set for August 13, 2026, is vacated.

SO ORDERED.

Date: August 6, 2026

Paul E. Singleton
PAUL E. SINGLETON
*United States Bankruptcy Judge*